**2010-0164.   State ex rel. McDougald v. Brunsman.**
In Habeas Corpus. This cause originated in this court on the filing of a complaint for a writ of habeas corpus. Upon consideration of relator's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# CASE ANNOUNCEMENTS

*February 17, 2010*

[Cite as *02/17/2010 Case Announcements*, 2010-Ohio-486.]

## MOTION AND PROCEDURAL RULINGS

**2009-2030.   Pollis v. State.**
Trumbull App. No. 2008-T-0055, 2009-Ohio-5058. This cause is pending before the court as a discretionary appeal and claimed appeal of right. On November 6, 2009, appellant filed a notice that a motion to certify a conflict was pending in the court of appeals and, pursuant to S.Ct.Prac.R. 4.4(A)(4), this court stayed consideration of the jurisdictional memoranda filed in this appeal. Whereas appellant has neither notified this court that the court of appeals determined that a conflict does not exist as provided by S.Ct.Prac.R. 4.4(B) nor filed a copy of the court of appeals' order certifying the existence of a conflict as provided by S.Ct.Prac.R. 4.4(C),

It is ordered by the court, sua sponte, that appellant show cause within 14 days of the date of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. 3.6.